UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
                                                       :
JALANDHER BANDARI,                          :        24 Civ. 2967 (JHR) (GS)
                                                       :
                        Plaintiff,               :        <u>ORDER</u>
                                                       :
                 - against -                    :
                                                       :
QED CONNECT, INC., NANNY KATHARINA     :
BAHNSEN, and DAVID RUMBOLD,
                                                       :
                        Defendants.            :
------------------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

        The inquest hearing scheduled for July 11, 2025 is hereby canceled as none of the parties have requested an in-court hearing in response to the Court's May 30, 2025 Scheduling Order. (*See* Dkt. No. 45).

        On June 27, 2025, the Court granted Plaintiff's application to (1) extend Plaintiff's time to file proof of service of the May 30, 2025 Scheduling Order on Defendant Nanny Katherina to no later than July 25, 2025; and (2) serve Defendant Bahnsen via email in case service cannot be effected by UPS. Plaintiff is hereby directed to serve this Order on Defendant Bahnsen as well, by email or otherwise, and to file proof of such service by no later than July 25, 2025.

        Defendant Bahnsen shall indicate whether she is requesting an in-court hearing on the matter of damages within one week of her being served with this Order and the Court's May 30 Order. In addition, Defendant Bahnsen shall submit responses, if any, to Plaintiff's submissions in support of his claimed damages and any other relief sought (Dkt. Nos. 49, 50) by the above deadline. The above deadline effectively replaces the June 30, 2025 deadline set out within the Court's May 30 Order (*see* Dkt. No. 45 at 2) as to Defendant Bahnsen only (as no extensions of

time were granted as to the other Defendants and they were timely served with the Court's May 30 Order).

**SO ORDERED.**

DATED:   New York, New York
         July 8, 2025

_____

The Honorable Gary Stein
United States Magistrate Judge

time were granted as to the other Defendants and they were timely served with the Court's May 30 Order).

**SO ORDERED.**

DATED:   New York, New York
         July 8, 2025

The Honorable Gary Stein
United States Magistrate Judge